IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-01603-WYD-CBS

NORO INVESTMENTS, LLC,

 Plaintiff,

v.

TLM LAND HOLDINGS, LLC; and
TERRY MYHRE,

 Defendants.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

 The Motion to Strike Third-Party Plaintiffs' Third-Party Complaint Pursuant to Fed.R.Civ. P. 12(f) and (14)(a) (filed September 19, 2006) is **STRICKEN** with leave to refile.  The motion violates the requirements of D.C.COLO.LCivR 10.1.E.

 Dated:  September 19, 2006