IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 06-cv-01603-WYD-CBS

NORO INVESTMENTS, LLC,

    Plaintiff,

v.

TLM LAND HOLDINGS, LLC; and
TERRY MYHRE,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

IT IS HEREBY ORDERED that Plaintiff's and Third-Party Defendants Renaissance Enterprises Groups, LLC, Rodney L. Guerrieri, and Kevin M. France's Motion to Strike Third-Party Plaintiffs' Third Party Complaint Pursuant to FED.R.CIV.P. 12(f) and 14(a) (*doc. no. 12)* is **GRANTED**, without prejudice to Defendants' right to file a new motion that more properly reflects their desire to join additional parties.

The parties are strongly encouraged to fully comply with D.C.COLOL.CIVR. 7.1A prior to the filing of any motions.

**DATED:**     November 16, 2006