IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 06-cv-01603-WYD-CBS

NORO INVESTMENTS, LLC,

      Plaintiff and Couterclaim Defendant,

v.

TLM LAND HOLDINGS, LLC; and
TERRY MYHRE,

      Defendants and Counterclaim Plaintiffs,

v.

RENAISSANCE ENTERPRISES GROUP, LLC,
RUMSEY LAND COMPANY, LLC,
WILLIAM ROMANOWSKI,
KEVIN FRANCE, and
RODNEY GUERRIERI,

      Additional Counterclaim Defendants.

---

## MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

      IT IS HEREBY ORDERED that the Motion to Enter Stipulated Protective Order (*doc. no. 76)* is **GRANTED**.  The Stipulated Protective Order submitted October 19, 2007 shall be signed and entered on this date.

      In addition to FED.R.CIV.P. 26(c)(2), and D.C.COLOL.CIVR. 7.2  parties are **ORDERED** to comply with all applicable Federal Rules of Civil Procedure (FED.R.CIV.P.) and the Local Rules of Practice in the United States District Court for the District of Colorado (D.C.COLOL.CIVR.) regarding the execution of this protective order.

**DATED:**     October 22, 2007