## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge Craig B. Shaffer

**Civil Action No.: 06-cv-01603-WYD-CBS**          **FTR** - Reporter Deck - Courtroom A402
**Date: February 5, 2008**                         **Courtroom Deputy:** Ben Van Dyke

---

NORO INVESTMENTS, LLC,                             Donald T. Goulart
a Colorado limited liability company,

      **Plaintiff,**

v.

TLM LAND HOLDINGS, LLC,                            Kevin D. Hofman
a Minnesota limited liability company, *et al.*,

      **Defendants/Third-Party Plaintiffs,**

v.

RENAISSANCE ENTERPRISES GROUP, LLC, *et al.,*      Kelly A. Murphy
                                                   Lindasue Smollen
      **Additional Third-Party Defendants.**

---

## COURTROOM MINUTES/MINUTE ORDER

---

**HEARING:   MOTIONS HEARING**
**Court in Session:      2:36 p.m.**
Court calls case.  Appearances of counsel.

Counsel present arguments regarding Plaintiff and Third-Party Defendants' Motion to Enforce
Settlement [filed November 27, 2007; doc. 84].

**ORDERED:   Plaintiff and Third-Party Defendants' Motion to Enforce Settlement [filed
           November 27, 2007; doc. 84] is taken under advisement.**

**ORDERED:   A stipulated motion to dismiss shall be submitted to the Court on or before
           February 7, 2008.**

HEARING CONCLUDED.

**Court in recess:      3:13 p.m.**
Total time in court:    00:37