IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 06-cv-01603-WYD-CBS

NORO INVESTMENTS, LLC,

    Plaintiff and Counterclaim Defendant,

v.

TLM LAND HOLDINGS, LLC; and
TERRY MYHRE,

    Defendants and Counterclaim Plaintiffs,

v.

RENAISSANCE ENTERPRISES GROUP, LLC;
RUMSEY LAND COMPANY LLC;
WILLIAM ROMANOWSKI;
KEVIN FRANCE; and
RODNEY GUERRIERI,

    Additional Counterclaim Defendants.

## ORDER OF DISMISSAL

THIS MATTER comes before the Court on the parties' Stipulated Motion to Dismiss with Prejudice (filed February 15, 2008). The motion seeks to dismiss all actions against all parties in the case. The Court, having reviewed the stipulated motion and being fully advised in the premises,

ORDERS that this action is **DISMISSED WITH PREJUDICE** in its entirety, with each party to bear their own fees and costs.

Dated: February 22, 2008

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge